UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80024-CR-CR-Hurley/Vitunac

UNITED STATES OF AMERICA
    plaintiff,
v.

DIPNARINE MAHARAJ and
JACQUELINE GOUVEA,
    defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE VITUNAC'S REPORT AND RECOMMENDATION & DENYING DEFENDANTS' MOTION TO SUPPRESS

**THIS CAUSE** is before the court upon the defendants' motion to suppress evidence obtained as a result of search warrants issued on sworn statements by FBI Special Agent Jeffrey Thornburg filed May 29, 2007 [DE# 45]. This matter was previously referred to United States Magistrate Judge Ann Vitunac pursuant to a general order of reference of all pretrial motions.

On July 3, 2007, Magistrate Judge Vitunac filed a report and recommendation [DE# 77] upon the motion to suppress. On July 18, 2007, the defendants Dr. Dipnarine Maharaj and Jacqueline Gouvea filed their objections to the report. [DE# 97]

Having carefully reviewed the defendants' objections to the Report, and having made *de novo* review with respect to those portions of the report to which written formal objection has been lodged, the court finds the resolution of the issues as recommended by Magistrate Judge Vitunac to be sound and well-reasoned and accordingly will adopt the recommendation here.

1

Case No.: 07-80024-CR-HURLEY/VITUNAC
Order Adopting Magistrate's Report and Recommendation

It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge Vitunac's July 3, 2007 [DE# 77] report and recommendation upon defendants' motion to suppress is **ADOPTED** and **INCORPORATED** in full.

2. The defendants' motion to suppress [DE# 45] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 2nd day of August, ~~July,~~ 2007.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge Ann Vitunac
all counsel