UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80024-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **plaintiff**
vs.

**DIPNARINE MAHARAJ and**
**JACQUELINE GOUVEA,**
    **defendants.**
_____/

### ORDER ON DEFENDANTS' SECOND MOTION TO DISMISS INDICTMENT

THIS CAUSE is before the court on the defendants' second motion to dismiss indictment [DE# 149] filed December 3, 2007, which was previously referred to Magistrate Judge Ann E. Vitunac for proposed findings and a recommended disposition.

On February 11, 2008, Magistrate Judge Vitunac filed a report and recommendation [DE# 166] recommending that the motion to dismiss the indictment be denied in part, with ruling reserved in part. No objections to the report and recommendation have been filed.

Having carefully reviewed the report and recommendation, the court finds the Magistrate Judge's findings and recommendations to be sound and well reasoned, and accordingly approves and adopts them in full.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1.     Magistrate Judge Vitunac's February 11, 2008 Report and Recommendation [DE # 166] is hereby **APPROVED AND ADOPTED** in full.

2.  The defendants' second motion to dismiss the indictment [DE# 149] is **DENIED** as to the defendants' challenge to the sufficiency of the indictment, and **DENIED** as to the defendants' challenge to the legality of the indictment on ground that it fails to allege a criminal offense.

3.  As to the defendants' "as applied" vagueness challenge to the indictment, the court reserves ruling on the defendants' second motion .to dismiss the indictment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 27 day of February, 2008.

Daniel T. K. Hurley
United States District Judge

cc.

All counsel